# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  RUDOLPH S. CHAPMAN & MADELYN G. CHAPMAN       Case Number: 04-76249
4648 HANS LANE                    SSN-xxx-xx-6531 & xxx-xx-6187
MACHESNEY PARK, IL  61115

Case filed on:   12/17/2004
Plan Confirmed on:   3/18/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $127,806.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | CHASE MANHATTAN MORTGAGE CORP | 0.00 | 0.00 | 27,030.00 | 0.00 |
| 006 | HOMECOMINGS FINANCIAL | 0.00 | 0.00 | 19,448.00 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 46,478.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 203 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | RUDOLPH S. CHAPMAN | 0.00 | 0.00 | 2,807.69 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 2,807.69 | 0.00 |
| 001 | WORLD FINANCIAL NETWORK NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CHASE MANHATTAN MORTGAGE CORP | 1,001.24 | 1,001.24 | 1,001.24 | 0.00 |
| 004 | GECCC | 1,500.00 | 1,500.00 | 1,500.00 | 54.94 |
| 005 | GUZZARDO MUSIC | 500.00 | 500.00 | 500.00 | 18.31 |
| 007 | HOMECOMINGS FINANCIAL | 979.19 | 979.19 | 979.19 | 0.00 |
| 008 | THE NATIONAL BANK & TRUST CO SYCAMORE | 13,350.00 | 12,900.28 | 12,900.28 | 582.10 |
|  | Total Secured | 17,330.43 | 16,880.71 | 16,880.71 | 655.35 |
| 001 | WORLD FINANCIAL NETWORK NATIONAL BANK | 1,000.63 | 1,000.63 | 1,000.63 | 0.00 |
| 004 | GECCC | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | GUZZARDO MUSIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | THE NATIONAL BANK & TRUST CO SYCAMORE | 1,727.41 | 0.00 | 0.00 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 13,002.14 | 13,002.14 | 13,002.14 | 0.00 |
| 010 | BANK ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | SMC | 419.37 | 419.37 | 419.37 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 2,830.66 | 2,830.66 | 2,830.66 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 353.86 | 353.86 | 353.86 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 282.16 | 282.16 | 282.16 | 0.00 |
| 015 | CREDITORS BANKRUPTCY SERVICE | 646.52 | 646.52 | 646.52 | 0.00 |
| 016 | ECAST SETTLEMENT CORPORATION | 1,408.77 | 1,408.77 | 1,408.77 | 0.00 |
| 017 | ILLINOIS STUDENT ASSISTANCE COMM | 20,577.77 | 20,577.77 | 20,577.77 | 0.00 |
| 018 | RESURGENT CAPITAL SERVICES | 3,167.77 | 3,167.77 | 3,167.77 | 0.00 |
| 019 | SHERMAN ACQUISITION DBA | 9,780.78 | 9,780.78 | 9,780.78 | 0.00 |
|  | Total Unsecured | 55,197.84 | 53,470.43 | 53,470.43 | 0.00 |
|  | Grand Total: | 75,228.27 | 73,051.14 | 122,336.83 | 655.35 |

Total Paid Claimant:       $122,992.18
Trustee Allowance:         $4,813.82          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    100.00             discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008                By  /s/Heather M. Fagan